**Order entered January 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01519-CV

**JAY SANDON COOPER, Appellant**

**V.**

**UNKNOWN PERSON, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01847-2018**

## ORDER

Before the Court are Jay Sandon Cooper's motion for extension of time to file notice of restricted appeal, the City of Plano Police Department's response, and Cooper's reply. Cooper has been declared a vexatious litigant and is subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.103. Pursuant to Cooper's request, the local administrative law judge, the Honorable Benjamin N. Smith, has granted Cooper permission to file the appeal "conditioned on [Cooper's] furnishing security in the amount of $2,500." Cooper acknowledges Judge Smith's order in his motion for extension of time. However, he has not paid the security. Quoting *In re Florance*, 377 S.W.3d 837 (Tex. App.—Dallas 2012, no pet.), he asserts "the vexatious litigant statute 'by its terms does not apply to post-judgment proceedings.'" We disagree.

At issue in that case was whether the trial court could declare Richard Florance vexatious after its plenary power had expired. *Florance*, 377 S.W.3d at 839. The motion to declare Florance vexatious was filed after the trial court had dismissed Florance's amended petition for bill of review, and no other post-judgment motion had been filed. *See id.* In stating the vexatious litigant "statute by its terms does not apply to post-judgment proceedings[,]" the Court was referring to the time period for filing a motion to declare a party vexatious and the Court went on to state that such "a motion must be filed in a pending case." *Id.* at 840.

*Florance* does not excuse Cooper from paying the security ordered by Judge Smith. Because permission to file this appeal is conditioned on Cooper paying the security, we **ORDER** Cooper to file, **no later than January 24, 2019**, written verification he has furnished security in the amount of $2,500.

In light of our order, the Court will take no action on Cooper's extension motion at this time, and the appellate record need not be filed. The Court will determine the motion and set any appropriate filing deadlines once Cooper has complied with this order. Should Cooper fail to comply, the Court will dismiss the appeal without further notice. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.056.

We **DIRECT** the Clerk of the Court to send a copy of this order to Judge Smith; Collin County District Clerk Lynne Finley; Janet L. Dugger, Official Court Reporter for the 296th Judicial District Court; and the parties.

/s/    BILL WHITEHILL
       JUSTICE